```
                         UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                        PAGE    1
                                           )     CHAPTER 13
                                           ) CASE NO.       0512027   JHW
 EDWARD & JAIME COX, JR.                   )
                                           )    DATE FILED: 01/24/2005
 3045 CEDARVILLE ROAD                      ) DATE CONFIRMED: 08/10/2005
                                           ) DATE CONCLUDED: 12/13/2006
 MILLVILLE, NJ  08332              DEBTOR (S)  )
                                           )
 -------------------------------------------)

                         STANDING CHAPTER 13 TRUSTEE'S
                                 FINAL REPORT
                               CLOSED COMPLETED


    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
  maintained detailed reports of receipts and disbursements which are as follows
 ------------------------------------------  ------------------------------------
                                               Amount        Paid
 Claim Creditor's Name                         Allowed     to Date     Balance Due
 ------------------------------------------  ------------------------------------

 UNSECURED
 006 WELLS FARGO FINANCIAL, INC.                351.46      351.46          0.00
 008 ATLANTIC CITY ELECTRIC                     768.76      768.76          0.00
 009 eCAST SETTLEMENT CORPORATION             2,737.08    2,737.08          0.00
 010 SHERMAN ACQUISITION LP                   4,292.21    4,292.21          0.00
 011 SHERMAN ACQUISITION LP                   3,585.87    3,585.87          0.00
 012 SHERMAN ACQUISITION LP                   5,823.53    5,823.53          0.00
 013 SHERMAN ACQUISITION LP                   3,536.78    3,536.78          0.00
 014 SHERMAN ACQUISITION LP                   3,429.32    3,429.32          0.00
 016 CAPITAL ONE FINANCIAL                      930.68      930.68          0.00
                                                         ------------
                                                           25,455.69
 REFUND TO DEBTOR
 999 EDWARD & JAIME COX, JR.                  4,504.07    4,504.07          0.00
                                                         ------------
                                                            4,504.07

 DEBTOR ATTORNEY
 000 MOSHE ROTHENBERG, ESQUIRE                1,620.00    1,620.00          0.00
 200 SEYMOUR WASSERSTRUM, ESQUIRE               250.00      250.00          0.00
                                                         ------------
                                                            1,870.00

 SECURED MORTGAGE ARREARAGES
 003 REAL TIME RESOLUTIONS                        0.00        0.00          0.00
 015 WASHINGTON MUTUAL BANK                     942.52      942.52          0.00
                                                         ------------
                                                              942.52
```

```
                        UNITED STATES BANKRUPTCY COURT
 IN THE MATTER OF:                                                    PAGE    2
                                        )     CHAPTER 13
                                        )   CASE NO.      0512027  JHW
 EDWARD & JAIME COX, JR.                )
                                        )     DATE FILED: 01/24/2005
 3045 CEDARVILLE ROAD                   )   DATE CONFIRMED: 08/10/2005
                                        )   DATE CONCLUDED: 12/13/2006
 MILLVILLE, NJ   08332        DEBTOR (S)  )
                                        )
 -----------------------------------------)

                         STANDING CHAPTER 13 TRUSTEE'S
                                 FINAL REPORT
                              CLOSED COMPLETED

    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
 ------------------------------------------ -------------------------------------
                                   Amount        Paid
 Claim Creditor's Name             Allowed      to Date       Balance Due
 ------------------------------------------ -------------------------------------

 OTHER SECURED DEBT
 001 BENEFICIAL FINANCE CORPORATION    3,207.90     3,207.90           0.00
 002 WFS FINANCIAL, INC.              14,296.49    14,296.49           0.00
 004 KEY BANK, USA, N.A.                 670.20       670.20           0.00
 005 NAVY FEDERAL CREDIT UNION        13,123.18    13,123.18           0.00
 007 FIRST FEDERAL                       400.00       400.00           0.00
                                                 ------------
                                                   31,697.77

 --------------------------------------------------------------------------------
   TOTAL RECEIPTS        DISBURSED           TRUSTEE FEES          CASH ON HAND
      67,737.73          64,470.05             3,267.68                0.00
 --------------------------------------------------------------------------------
```

```
                    UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                PAGE    3
                                         )      CHAPTER 13
                                         ) CASE NO.      0512027  JHW
 EDWARD & JAIME COX, JR.                 )
                                         )      DATE FILED: 01/24/2005
 3045 CEDARVILLE ROAD                    ) DATE CONFIRMED: 08/10/2005
                                         ) DATE CONCLUDED: 12/13/2006
 MILLVILLE, NJ  08332           DEBTOR (S)  )
                                         )
 ------------------------------------------)

                      STANDING CHAPTER 13 TRUSTEE'S
                              FINAL REPORT
                           CLOSED COMPLETED
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                          /s/ Isabel C. Balboa, Trustee
                          Cherry Tree Corporate Center
                          535 Route 38, Suite 580
                          Cherry Hill, NJ  08002
```

PRINTED   12/13/06