Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 05–12027–JHW
        Chapter: 13
        Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward J. Cox Jr. | Jaime Cox |
| 3045 Cedarville Road | aka Jaime Ploof |
| Millville, NJ 08332 | 3045 Cedarville Road |
| | Millville, NJ 08332 |

Social Security No.:
  xxx–xx–7383                                       xxx–xx–1575

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 5, 2007</u>                    <u>Judith H. Wizmur</u>
                                                      Judge, United States Bankruptcy Court